UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00172-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **EDWARD ROSNER,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, and upon suggestion of death of defendant supported by a copy of the death certificate, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#20) is GRANTED, and this action is DISMISSED.

Signed: October 17, 2014

Max O. Cogburn Jr.
United States District Judge